SLIP OPINION

Cite as 2016 Ark. 311

# SUPREME COURT OF ARKANSAS

No. D-16-780

**Opinion Delivered** September 15, 2016

IN RE: JAMES H. PILKINTON, JR.
ARKANSAS BAR NO. 73094

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of probable disbarment proceedings, of the license of James H. Pilkinton, Jr., of Hope, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his law license, filed with this court on September 2, 2016, Mr. Pilkinton acknowledged an investigation regarding irregularities in his IOLTA account by the Committee on Professional Conduct and stated that he wished to avoid the expense, distress, and embarrassment of disbarment proceedings. The name of James H. Pilkinton, Jr. shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

It is so ordered.